1  GailAnn Y. Stargardter (Bar No. 250749)
   Andrew J. King (Bar No. 253962)
2  ARCHER NORRIS
   A Professional Law Corporation
3  2033 North Main Street, Suite 800
   Walnut Creek, CA  94596-3759
4  Telephone:     925.930.6600
   Facsimile:      925.930.6620
5  gstargardter@archernorris.com
   aking@archernorris.com
6
   Attorneys for Plaintiff
7  ATAIN SPECIALTY INSURANCE COMPANY
   f/k/a USF INSURANCE COMPANY
8

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13
   ATAIN SPECIALTY INSURANCE          Case No.  3:15-cv-00212-MEJ
14 COMPANY f/k/a USF INSURANCE
   COMPANY, a Michigan corporation,   **NOTICE OF VOLUNTARY DISMISSAL**
15
                 Plaintiff,           **[Fed.R.Civ.P. 41(a)(1)(A)]**
16
   v.                                 Complaint Filed:   January 15, 2015
17                                    Judge:      Hon. Maria-Elena James
   20 PARKRIDGE, LLC, a California
18 limited liability company, LHJS
   INVESTMENTS, LLC, a California
19 limited liability company, MAGNATE
   FUND #2, LLC, a California limited
20 liability company and JOHN SIMONSE,
   an individual,
21
                 Defendants.
22

23

24

25

26

27

28

   NOTICE OF VOLUNTARY DISMISSAL                              CASE NO.  3:15-CV-00212-MEJ

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff ATAIN SPECIALTY INSURANCE COMPANY hereby provides notice to the Court and all parties of its voluntary dismissal of the above-captioned action against defendants 20 PARKRIDGE, LLC, LHJS INVESTMENTS, LLC, MAGNATE FUND #2, LLC, and JOHN SIMONSE, with prejudice, and without costs, pursuant to the terms of the parties' Settlement Agreement and Mutual Release. Defendants have not filed a responsive pleading in this action, which the Court stayed on May 11, 2015.

Dated: November 2, 2016                    ARCHER NORRIS

*/s/ Andrew J. King*
GailAnn Y. Stargardter
Andrew J. King
Attorneys for Plaintiff ATAIN SPECIALTY INSURANCE COMPANY

ATA093/4841-3074-0027-1